NO. 04-12-00500-CR

JAN 16, 2015

IN THE
COURT OF CRIMINAL APPEALS
FOURTH ~~APPEALS~~ COURT OF DISTRICT
CADENA-REEVES, JUSTICE CENTER
SAN ANTONIO, TEXAS 78205-3037

CHADWICK BENJAMIN
V.
THE STATE OF TEXAS



2015 JAN 23 PM 12:14

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

KEITH E. HOTTLE, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

FROM APPEAL NO. 04-12-00500-CR
TRIAL CAUSE NO. 1239333D
TARRANT COUNTY

FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO
FILE PETITION, AND FILES THIS MOTION FOR AN EXTENSION
OF SIXTY (60) DAY'S IN WHICH TO FILE A PETITION FOR
DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION,
APPELLANT SHOWS THE COURT THE FOLLOWING:

I

THE PETITIONER WAS CONVICTED IN THE 396th
DISTRICT COURT OF TARRANT COUNTY, TEXAS OF
THE OFFENSE ~~AGG~~ ROBBERY IN CAUSE NO. 1239333D
STYLED STATE OF TEXAS VS. CHADWICK BENJAMIN. THE PETITIONER

Appealed to the Court of Appeals, Fourth Supreme Judicial District. The case was affirmed on May 12, 14

## II

The present deadline for filing the Petition for Discretionary Review is March 12, 2014. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until March 13, 2014. Since that time Petitioner has been attempting to gain legal Representation in this matter. His attorney on the appeal, Abe Factor, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner pray's this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 04-12-00-500-CR to May 13, 2014

Chadwick Benjamin
Petitioner, pro se
Texas Department of Criminal Justice
Institutional Division.
Ellis Unit

TDCJ-ID # 1798344

, TEXAS HUNTSVILLE

CERTIFICATE OF SERVICE

I CERTIFY THAT TRUE AND CORRECT COPY OF ABOVE
AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS
BEEN FORWARD BY U.S. MAIL, POSTAGE PREPAID, FIRST
CLASS, TO THE ATTORNEY FOR RESPONDENT, _____
, AT _____, AND TO THE STATE PROSECUTING
ATTORNEY, P.O. BOX 12405, AUSTIN, TEXAS 78711 ON
THIS THE _____ DAY OF _____, 20_____

_Chadwick Byrnes_
PETITIONER, PRO SE

I, _CHADWICK BENJAMIN_ , TDCJ # _1798344_ ,
BEING PRESENTLY INCARCERATED IN THE _ELLIS_
UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL
JUSTICE IN _WALKER_ COUNTY, TEXAS, VERIFY AND
DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING STATEMENTS ARE TRUE AND CORRECT
EXECUTED ON THIS _16th_ DAY OF _JAN_ , 20_14_

RESPECTFULLY SUBMITTED BY

_Chadwick Byrnes_ , TDCJ _1798344_